## UNITED STATES DISTRICT COURT
Eastern   District of   California

JUDGMENT

UNITED STATES OF AMERICA

V.   Case Number: 6:08-mj-000113-WMW

DAIVD CARRILLO   Dan Cronin, A.F.D.
Defendant's Attorney

*THE DEFENDANT:*

[X]   Pleaded guilty to counts TWO and THREE   .

*Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 4.23 (A)(2) | Driving Under the Influence >.08 % | Two | 07/13/08 |
| 36 CFR 4.14 | Open Container of Alcohol | Three | 07/13/08 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

*Defendant's Soc. Sec. Number:*
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

*Defendant's mailing address:*

Lancaster, CA

*Defendant's residence address:*

Lancaster, CA

July 14, 2008
*Date of Imposition of Sentence*

/s/ William M. Wunderlich
*Signature of Judicial Officer*

William M. Wunderlich
U.S. Magistrate Judge
*Name and Title of Judicial Officer*

*Date:*

AO 245S Modified (3/90) Sheet 4 - Probation

*Judgment--Page  2  of  2*

*Defendant:* DAVID CARRILLO
*Case Number:* 6:08-mj-00113-WMW

## PROBATION

*The defendant is hereby placed on unsupervised probation for a term of:*

        24 Months.

*While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances. The defendant shall comply with the following additional conditions:*

*1. Serve 3days custody pursuant to 18 USC 3563(b)(10). Defendant is ordered to report to the institution designated by the Bureau of Prisons, and failing a designation, to the U.S. Marshal's Office, Fresno, California, by 2:00 p.m. on September 19, 2008.   The Court recommends that the defendant be placed in Fresno County Jail. Court also recommends that defendant serve time on the weekends*

*2. The defendant shall pay a fine total of $2390 and a $10.00 penalty assessment. Payments in the amount of $100 per month shall be forwarded to The Clerk's Office, 501 "I" St. Sacramento, CA 95814-2322.*

*3. The defendant shall not operate motor vehicle unless properly licensed, registered and insured. Defendant shall not operate motor vehicle with any detectable amount of alcohol in system.*